BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA AVILA,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>AMANDA LAUREN HING-HERNANDEZ,<br><br>          Defendants. | Case No. 1:14-cv-00167 AWI/SKO<br><br>**STIPULATION FOR DISMISSAL;<br>ORDER**<br><br>[Fed. R. Civ. Proc. 41] |

Pursuant to the agreement of the parties as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed without prejudice and each party shall bear their own fees and costs.  Plaintiff wishes to exhaust her administrative remedies prior to bringing suit.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  April 21, 2014            BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY


                                  /s/Jeffrey J. Lodge
                                  JEFFREY J. LODGE
                                  Assistant United States Attorney
                                  Attorney for the United States

| | |
|---|---|
| Dated:  April 21, 2014 | CURTIS LEGAL GROUP |
| | (As authorized 04/21/14) |
| | /s/Peter B. Fisher |
| | Peter B. Fisher |
| | Attorneys for Plaintiff |
| | EVANGELINA AVILA |

### ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITHOUT PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:   April 23, 2014                                        _____

                                                                                    SENIOR  DISTRICT  JUDGE